FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 16 2005

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD L. BARNES                                         PLAINTIFF

vs.            Civil Case No. 4:03CV00858 HLJ

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                           DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

Now before the court is Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. In her motion, Plaintiff requested $1,968.40 in fees, representing 12.95 hours of work performed by her attorney at the rate of $152.00 per hour. In her Response, Defendant states the parties have agreed to a total fee award of $1,808.90, which represents 1.5 hours at $147.00 per hour, and 10.45 hours at $152.00 per hour. Plaintiff has confirmed the agreement. Accordingly, the court will grant Plaintiff's request for attorney's fees, as modified by the parties' agreement.

IT IS THEREFORE ORDERED that Plaintiff is hereby awarded attorney's fees in the amount of $1,808.90 pursuant to EAJA. The Commissioner is directed to certify said award and pay Plaintiff's attorney this amount.

SO ORDERED this 16th day of June, 2005.

United States Magistrate Judge



# UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
UNITED STATES POST OFFICE & COURTHOUSE
600 WEST CAPITOL AVENUE, ROOM 521
LITTLE ROCK, ARKANSAS 72201-3325

HENRY L. JONES, JR.
UNITED STATES MAGISTRATE JUDGE

OFFICE: (501) 604-5170
FAX: (501) 604-5177

June 16, 2005

Mr. James W. Stanley, Jr.
Stanley Law Firm, P.A.
301 North Broadway
North Little Rock, AR 72114

Ms. Stacey E. McCord
United States Attorney's Office
425 West Capitol Avenue, Suite 500
P.O. Box 1229
Little Rock, AR 72203-1229

Re: Barnes v. SSA
Case No. 4:03CV00858

Dear Counsel:

Enclosed are proposed findings and recommendations in the above-styled case, prepared by this office and submitted to United States District Judge Susan Webber Wright.

The parties may file specific written objections to these findings and recommendations and must provide the factual or legal basis for each objection. An original and one copy of the objections must be filed with the Clerk no later than eleven (11) days from the date of this letter, and a copy must be served on the opposing party.

The District Judge, even in the absence of objections, may reject these findings and recommendations in whole or in part.

Sincerely,

Henry L. Jones, Jr.
United States Magistrate Judge

HLJJr:bs

Enclosure

cc: Honorable Susan Webber Wright
    United States District Judge