FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 07 2005
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD L. BARNES                                      PLAINTIFF

VS.                 CASE NO. 4:03CV00858 SWW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                           DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Plaintiff is awarded attorney's fees in the amount of $1,808.90 pursuant to EAJA. The Commissioner is directed to certify said award and pay Plaintiff's attorney this amount.

SO ORDERED this 7th day of July, 2005.

UNITED STATES DISTRICT JUDGE